

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2019

No. 04-19-00697-CV

**IN THE INTEREST OF V.R.S., J.S.T, AND R.L.T., CHILDREN**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01769
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

In this accelerated appeal of the trial court's order terminating Appellant's parental rights, Appellant's court-appointed attorney filed an *Anders* brief. In the brief, counsel states that after a professional evaluation of the record, counsel finds no reversible error, concludes the appeal is without merit and frivolous, and counsel attached a motion to withdraw. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in a parental rights termination appeal).

Counsel informed Appellant of her right to file a pro se brief and to request a free copy of the appellate record. Counsel provided Appellant with a form request for a free copy of the appellate record, and the form lacks only Appellant's contact information, date, and signature.

The State filed a letter waiving its right to file an appellee's brief unless Appellant files a pro se brief.

If Appellant desires to file a pro se brief, we ORDER Appellant to do so within **TWENTY DAYS** of the date of this order. *See* TEX. R. APP. P. 38.6(a).

If Appellant files a pro se brief, the State may file a responsive brief not later than TWENTY DAYS after Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

The motion to withdraw is HELD IN ABEYANCE pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2019.



Michael A. Cruz,
Clerk of Court